```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
392 N. MONTGOMERY, LLC

                            Plaintiff,
                                                              ORDER
              -against-
                                                              22-CV-01133 (PMH)
CITY OF NEWBURGH, et al.,

                            Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared by telephone at 3:30 p.m. today for a pre-motion conference. Oral argument was had on the record.

The Court reserved ruling on Plaintiff's requested temporary restraining order and issuance of the order to show cause, on consent of Plaintiff, without prejudice to renewal. In light of the parties' agreement to engage in settlement conferences with the assigned magistrate judge, the Court will separately docket an Order of Reference to Magistrate Judge Davison for settlement. The Court directed the parties to, in advance of the settlement conference, meet and confer to prepare an agenda and exchange whatever documents are necessary for effective resolution of their disputes. See transcript.

SO ORDERED:

Dated: White Plains, New York
       February 16, 2022

_____

Philip M. Halpern
United States District Judge